# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN J. HANNON,<br><br>Petitioner,<br><br>v.<br><br>COMMONWEALTH OF PA, et al.,<br><br>Respondents. | No. 3:18-CV-02054<br><br>(Senior Judge Rambo) |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Respondents' motion to dismiss (Doc. 9) is **GRANTED**;

2. Hannon's 28 U.S.C. § 2254 petition (Doc. 1) is **DISMISSED**;

3. A certificate of appealability shall not issue; and

4. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: July 2, 2019